### SHERMAN *v.* SHERMAN.

APPEAL AND ERROR—TRIAL BY COURT WITHOUT JURY—WRITTEN FINDINGS NECESSARY TO REVIEW.

> In an action tried before the court without a jury, where there was no request for written findings of fact and law and none were filed, under the statute (3 Comp. Laws 1915, § 12586) and the rule (Circuit Court Rule No. 45), the record presents no question which the Supreme Court can review on a writ of error.[1]

Error to superior court of Grand Rapids; Verdier (Leonard D.), J. Submitted October 14, 1925. (Docket No. 71.) Decided Dec. 22, 1925.

Assumpsit by Florence Sherman against Salim F. Sherman and another upon a promissory note. Judgment for plaintiff. Defendants bring error. Affirmed.

*Arthur F. Shaw*, for appellants.

CLARK, J. Plaintiff declared on a promissory note for $700 and had judgment in a trial without a jury. Defendants bring error. The record shows no request for written findings of fact and law and none were filed. There is nothing we can review. It was held in *Robbins* v. *Simons Sales Co.*, 218 Mich. 569, quoting syllabus:

"In an action tried before the court without a jury, where there was no request for written findings of fact and law and none were filed, under the statute (3 Comp. Laws 1915, § 12586) and the rule (Circuit

---

[1]Appeal and Error, 3 C. J. § 766.
232—Mich.—42.

Court Rule No. 45), the record presents no question which the Supreme Court can review on a writ of error."

Judgment affirmed.

McDONALD, C. J., and BIRD, SHARPE, MOORE, STEERE, FELLOWS, and WIEST, JJ., concurred.